AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

| | | |
|---|---|---|
| Norman Ebert, | CASE NUMBER: | 08CV4340 |
| V. | ASSIGNED JUDGE: | JUDGE GRADY |
| Village of Kildeer, et al., | DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE COLE |

TO: (Name and address of Defendant)

Village of Kildeer Police Officer Greg Abshire, star 485
Attn: Commander Zujewski
21911 Quentin Road
Kildeer, Illinois 60047

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowiak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

an answer to the complaint which is herewith served upon you, __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(By) DEPUTY CLERK

JUL 3 1 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | | DATE 8-1-2008 |
| NAME OF SERVER (PRINT) Edyta McFarland | | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via Certified mail to the Village of Kildeer Police Department at 21911 Quentin Road Kildeer IL 60047

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-1-2008  　　_[signature]_
　　　　　　　Date　　　　　Signature of Server

LAW OFFICES OF
LAWRENCE V. JACKOWIAK
Address of Server 20 N. CLARK, SUITE 1700
CHICAGO, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.