## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                 Case Number: 08 CV 4340

Norman Ebert,
   Plaintiff,
  vs.
Village of Kildeer, Kildeer Police Officer Greg Abshire

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Kildeer Police Officer Greg Abshire

| |
|---|
| NAME (Type or print)<br>Laura L. Scarry |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/  Laura L. Scarry |
| FIRM<br>DeAno & Scarry, LLC |
| STREET ADDRESS<br>53 West Jackson Blvd., Suite 1062 |
| CITY/STATE/ZIP<br>Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6231266 | TELEPHONE NUMBER<br>630-690-2800 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |