U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08 CV 4340

Norman Ebert,
    Plaintiff,
vs.
Village of Kildeer, Kildeer Police Officer Greg Abshire,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Kildeer Police Officer Greg Abshire

| | |
|---|---|
| NAME (Type or print) <br> Patrick F. Moran | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Patrick F. Moran | |
| FIRM <br> DeAno & Scarry, LLC | |
| STREET ADDRESS <br> 53 West Jackson Blvd., Suite 1062 | |
| CITY/STATE/ZIP <br> Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279297 | TELEPHONE NUMBER <br> (630) 690-2800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |